```
McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorneys
MISDEMEANOR UNIT
Federal Building, Room 3654
1130 "O" Street
Fresno, California 93721
Telephone (559) 498-7272
```

**LODGED**

JAN 2 5 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:05-mj-00356 DLB |
| Plaintiff, ) | MOTION AND ORDER FOR |
| ) | DISMISSAL |
| v. ) | |
| ) | |
| JOSHUA JAMES HAGEN, ) | |
| ) | |
| Defendant. ) | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss Count One, Count Two and Count Three of the Information charging Joshua James Hagen, without prejudice, in the interest of justice.

                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

DATED: 1/24/06                      By: /s/ Stanley A. Boone
                                    STANLEY A. BOONE
                                    Assistant U.S. Attorney

ORDER

IT IS HEREBY ORDERED that the three count Information charging Joshua James Hagen be dismissed, without prejudice, in the interest of justice.

DATED: 1/25/06

_____
United States Magistrate Judge

<u>CERTIFICATE OF SERVICE BY MAIL</u>

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:05-mj-00356 DLB |
| Plaintiff, ) ) v. ) ) ) JOSHUA JAMES HAGEN, ) ) Defendant. ) | |

The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

That on January 25, 2006, she served a copy of the attached:

**MOTION AND ORDER FOR DISMISSAL**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Fresno, California; or by placing said copy into an interoffice delivery receptacle located in the Clerk's Office of the U.S. District Court in Fresno, California.

| SERVICE BY MAIL | INTER-OFFICE DELIVERY |
|---|---|

Carrie Leonetti
Counsel for Defendant
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721


ELIZABETH A. McGEE
Certified Law Clerk

3